**Order entered November 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01226-CV

### IN RE ASHLEY SCOTT ECHOLS, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13626**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Before the Court is relator's petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by December 3, 2018.**

/s/     ELIZABETH LANG-MIERS
JUSTICE